IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-60419
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DONALD T. TOWNSEND,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Mississippi
USDC No. 4:97-CR-149-ALL-D
- - - - - - - - - -

April 15, 1999

Before JONES, SMITH, and DUHÉ, Circuit Judges.

PER CURIAM:[*]

Donald T. Townsend appeals his conviction for passing counterfeit currency, in violation of 18 U.S.C. §§ 2 and 472.  He argues that the district court erred in allowing the Government to present the testimony of Secret Service Agent Jones E. Allison, Jr., in rebuttal to his direct testimony.

We have reviewed the record and the briefs submitted by the parties and conclude that the district court's evidentiary ruling was not an abuse of discretion.  See United States v. Sanchez, 988 F.2d 1384, 1393 (5th Cir. 1993).

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

AFFIRMED.